Motion Granted; Appeal Dismissed and Memorandum
Opinion filed May 24, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00224-CV

____________

 

TED LAWRENCE ROBERTSON, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 247th District Court

Harris County, Texas

Trial Court Cause No. 2010-34703

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed January 31, 2011.  On May 18, 2011, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Anderson, Brown, and
Christopher.